53 F.3d 253
 Bankr. L. Rep. P 76,487
In re James Richard HALSTEAD, Debtor. (Two Cases)
James Richard HALSTEAD, Appellant,
v.
SAM MICHAEL SCHREIBER, M.D., INC., Appellee.
James Richard HALSTEAD, Appellant,
v.
Jerry BRYANT; John W. Warren; Dennis R. Hooper; Dale
Madsen; J.B. Racing, Appellees.
 Nos. 93-56526, 93-56531.
 United States Court of Appeals,
Ninth Circuit.
 Submitted April 6, 1995*.
Decided April 19, 1995.
 
 1
 Appeals from the Ninth Circuit Bankruptcy Appellate Panel.
 
 
 2
 Greg L. Eriksen, Levine & Eriksen, Orange, CA, for appellant Halstead.
 
 
 3
 Mark D. Wagner, Law Offices of Mark D. Wagner, Santa Ana, CA, for appellee Schreiber.
 
 
 4
 Charles W. Tourdot, Fullerton, CA, for appellees Bryant, Warren, Hooper, Madsen, and Racing.
 
 
 5
 Before: D.W. NELSON and W. CANBY, Circuit Judges, and TANNER** District Judge.ORDER
 
 
 6
 We AFFIRM, and adopt the opinion of the Bankruptcy Appellate Panel, 158 B.R. 485 (9th Cir. BAP 1993), as the opinion of this court.
 
 
 7
 AFFIRMED.
 
 
 
 *
 The panel unanimously find this case suitable for decision without oral argument. Fed.R.App.P. 34(a) and Ninth Circuit Rule 34-4
 
 
 **
 The Honorable Jack E. Tanner, Senior United States District Judge for the Western District of Washington, sitting by designation